CORNING and others *against* LOWERRE.

An injunction granted to restrain a defendant from obstructing a street in the city of *New-York*, by building a house thereon; it being not only a public nuisance, but producing a special injury to the plaintiffs, by affecting the enjoyment of their property in the vicinity, and the value of it.

BILL for an injunction to restrain the defendant from obstructing *Vestry-street*, in the city of *New-York*, and averring that he was building a house upon that street, to

*1822.*

CORNING.
v.
LOWERRE.

*December 7th.*

1822.
In matter of
M‘CLEAN.

the great injury of the plaintiffs, as owners of lots on and adjoining that street, and that *Vestry-street* has been laid out, regulated, and paved, for about twenty years.

*C. Graham*, for the motion.

THE CHANCELLOR distinguished this case from that of *The Attorney General* v. *The Utica Insurance Company*, (2 *Johns. Ch. Rep.* 371.) inasmuch as here was a special grievance to the plaintiffs, affecting the enjoyment of their property, and the value of it. The obstruction was not only a common or public nuisance, but worked a *special* injury to the plaintiffs.

Injunction granted.